```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------x

UNITED STATES OF AMERICA          :
                                  :
                                          NOTICE OF APPEARANCE
     -against-                    :
                                              08 MAG. 0172
RAFAEL CAMILO-THEN,               :
                 Defendant.
---------------------------------x
```

      PLEASE TAKE NOTICE, that I have been retained by Rafael Camilo-Then, the above-named defendant.  I was admitted to practice in this District on March 12, 1974.

Dated: February 22, 2008
      New York, New York

                              S/RICHARD WOJSZWILO
                                CAMPOS & WOJSZWILO
                                30 Vesey Street Suite 900
                                New York, New York 10007
                                Tele.No:(212)766-1386

              BAR CODE:     RW9329
              E-MAIL        RWOJSZWILO@A0OL.COM